SDNY PRO SE OFFICE

2023 MAY -1  PM 4: 07 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcus Black #17-A-1523

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Devoy Rowe,
Correctional Officer

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Marcus                                                    Black
_____
First Name            Middle Initial            Last Name


_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.


_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held) 17-A-1523

Green Haven Correctional Facility
_____
Current Place of Detention

Green Haven Correctional Facility, Box 4000
_____
Institutional Address

Stormville,                              New York            12582
_____
County, City                              State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑ Convicted and sentenced prisoner

☐  Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   Devoy ........        Rowe

First Name            Last Name              Shield #

Correctional Officer

Current Job Title (or other identifying information)
Green Haven Correctional Facility, 594 Rte 216

Current Work Address
Stormville,              New York        12582

County, City              State            Zip Code

Defendant 2:

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State            Zip Code

Defendant 3:

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State            Zip Code

Defendant 4:

First Name            Last Name              Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City              State            Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    Green Haven Correctional Facility

Date(s) of occurrence:    January 30, 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On January 30, 2023 at Green Haven Correctional Facility, Correctional Officer Devoy Rowe violated the Plaintiff's Eighth Amendment Constitution right when he inflicted cruel and unusual punishment by assaulting Plaintiff during a body search. Officer Rowe ordered the Plaintiff on the wall so that he could conduct a body search. During the search officer Rowe put his hands in my pants and touched my hairs and skin. I told officer Rowe that I was not guy and he removed his hand from my pants. Officer Rowe then put his hand on my Butt while my hands was still on the wall. I told him to take his hand off my butt, he then pushed me to the ground, and hand cuffed me. As a result of Officer Rowe pushing me to the ground I substained injuries to my upper and low back and to my right knee. On February 14, 2023 I went to medical because my back was hurting and my knee was swollen.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Due to Officer Rowe conduct Plaintiff substained injuries to his back and

and knee that resulted in pain and swelling.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff is demanding to be compensated in the amount of $100,000 for the

physical pain and suffering he endured  and $50,000 for the mental anguish

and emotions that the Plaintiff continues to endure.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| April 25, 2023 | | Marcus Black |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Marcus | | Black |
| First Name | Middle Initial | Last Name |
| Green Haven Correctional Facility, Box 4000 | | |
| Prison Address | | |
| Stormville, | New York | 12582 |
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:   April 25, 2023

Marcus Black #17-A-1523
Green Haven Correctional Facility
Box 4000
Stormville, New York 12582

April 25, 2023

United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

      **RE:** Black v Rowe
            Civil Suit

Attention: Court Clerk,
      Enclosed please find Plaintiff's 42 U.S.C. 1983 Civil Suit for filing in this court.
      In anticipation of receiving word from you in the coming days, I thank you for your time and attention.

                          Very Truly Yours

                          Marcus Black

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK  12582-4000

NAME: Marcus Black          DIN: 17-A-1523



04/28/2023
US POSTAGE $008.34⁰

ZIP 12582
041M11466608

United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

1000731330 0099