UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARCUS BLACK,

                    Plaintiff,

v.                                                       **<u>ORDER</u>**

DEVOY ROWE,

                                                   No. 23-CV-03677 (PMH)

                    Defendant.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The initial pretrial telephone conference scheduled for **January 29, 2024 at 4:30 p.m.** is rescheduled to **February 7, 2024 at 11:30 a.m.** At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. It is the responsibility of counsel for Defendant to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

       The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

       The Clerk of the Court is also respectfully directed to terminate the pending letter-motion (Doc. 18).

SO-ORDERED:

Dated:  White Plains, New York
          January 11, 2024

                                          _____
                                          Philip M. Halpern
                                          United States District Judge