UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
MARCUS BLACK,

                Plaintiff,

     - against -

DEVOY ROWE,

                Defendant.
------------------------------------------------------------------- X

23-CV-3677 (PMH)

**ORDER AUTHORIZING THE DEPOSITION OF AN INCARCERATED INDIVIDUAL**

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the depositions of CYPRESS ROBERTS (DIN 14A0089) and LARRY SMITH (DIN 09A2798), witnesses identified by Plaintiff Marcus Black ("Plaintiff") either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he they are then located.

Dated: 11/20/2024
        White Plains, New York

SO ORDERED.

_____

Hon. Philip M. Halpern
United States District Judge