UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCUS BLACK,

    Plaintiff,

 - against -

DEVOY ROWE,

    Defendant.

---

23-CV-3677 (PMH)

**ORDER AUTHORIZING THE DEPOSITION OF AN INCARCERATED INDIVIDUAL**

  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of PAUL THOMPSON (DIN: 07A2094), an incarcerated individual who has been assisting Plaintiff Marcus Black ("Plaintiff") with this litigation, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the Plaintiff and the Superintendent of the correctional facility where he is then located.

Dated: December 9, 2024
   White Plains, New York

SO ORDERED.

_[signature]_

Hon. Philip M. Halpern
United States District Judge