UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS BLACK,

                         Plaintiff,

          -against-

DEVOY ROWE,

                        Defendant.

**ORDER**

23-CV-03677 (PMH)

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on May 1, 2023. (Doc. 1). Defendant's request for permission to move for summary judgment of Plaintiff's Complaint was granted on March 10, 2025, and the Court entered a briefing schedule. (Doc. 61). On April 9, 2025, Defendant filed his motion for summary judgment. (Doc. 63). Plaintiff's opposition was due by May 9, 2025. (*See* Doc. 61). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until June 18, 2025. Defendants' reply, if any, is due July 2, 2025.

      **If plaintiff fails to file his opposition by June 18, 2025, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk of Court is respectfully instructed to mail a copy of this Order and the docket sheet to Plaintiff at the address on the docket.

Dated: White Plains, New York
       May 19, 2025

                                                  SO ORDERED:

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge