**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARCUS BLACK,

                              Plaintiff,

          -against-                                        23 **CIVIL** 3677 (PMH)

                                                           **JUDGMENT**

DEVOY ROWE,

                              Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 18, 2026, Defendant's motion for summary

judgment is GRANTED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from

the Opinion and Order would not be taken in good faith, and therefore IFP status is denied for

the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding

that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue);

accordingly, the case is closed.

**Dated:** New York, New York

          March 19, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**


                    **BY:**           K. mango
                              _____
                                        **Deputy Clerk**